**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ROSETTUS WEEKS,

        Plaintiff,                                  No. 08-cv-15124

v.                                                  Hon. Denise Page Hood

STATE OF MICHIGAN, MICHIGAN
DEPARTMENT OF COMMUNITY HEALTH,
JANET OLSZEWSKI, ED DORE, MICHAEL
HEAD, PATRICK BARRIE, JOSEPH COLLINS,
and NICHOLAS LYONS,

        Defendants.

_____/

## ORDER

On April 15, 2009, the above-named parties stipulated to the dismissal of the individually named Defendants: Janet Olszewski, Ed Dore, Michael Head, Patrick Barrier, Joseph Collins, and Nicholas Lyons; and the State of Michigan (upon the Assistant Attorney General's representation that the Michigan Department of Community Health is an entity that can be sued). A scheduling order was also entered on this date.

Accordingly,

**IT IS ORDERED** that Defendants' Motion to Dismiss **[Docket No. 4, filed January 28, 2009]** is **MOOT**.

**IT IS FURTHER ORDERED** that the individually named Defendants, Janet Olszewski, Ed Dore, Michael Head, Patrick Barrier, Joseph Collins, and Nicholas Lyons are dismissed; and the State of Michigan is dismissed without prejudice. The entity Michigan Department of Community Health remains as the sole Defendant.

                                                                             s/
                                                           DENISE PAGE HOOD
                                                           Denise Page Hood
                                                           United States District Judge

Dated: April 17, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 17, 2009, by electronic and/or ordinary mail.

                                                                         S/William F. Lewis
                                                                         Case Manager